# Third District Court of Appeal

## State of Florida

Opinion filed February 5, 2025.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D24-0406
Lower Tribunal No. 14-27158
_____

## Classical & Innovative Designs, Inc.,
Appellant,

vs.

## BHC Developers, LLC,
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Carlos Guzman and Mavel Ruiz, Judges.

Kawel PLLC and Andrew Paul Kawel, for appellant.

Siegfried Rivera and Stuart Sobel; Bennett Aiello Kreines and Jeremy R. Kreines, for appellee.

Before LOGUE, C.J., and FERNANDEZ and MILLER, JJ.

PER CURIAM.

Affirmed. <u>See</u> <u>O'Neal v. Darling</u>, 321 So. 3d 309, 113 (Fla. 3d DCA 2021) (citing <u>Better Constr., Inc. v. Camacho Enters., Inc.</u>, 311 So. 2d 766, 767 (Fla. 3d DCA 1975)) ("[W]here the judge rendering a final judgment is not available to hear a motion for new trial or for rehearing, a hearing and ruling thereon by another or successor judge is not appropriate, . . . the proper procedure is to seek an appellate review of the judgment.").